IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-03012-WYD-KLM

KENNETH E. PHIFER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (filed October 19, 2011).   After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs.

Dated:   October 20, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge